UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*FILED IN CLERKS OFFICE
2004 JAN 22 P 2: 01
DISTRICT COURT
DISTRICT OF MASS.*

PAULA SMOOT,
    Plaintiff

v.                               Civil Action No. 04-10105-GAO

MARRIOTT INTERNATIONAL, INC.
d/b/a MARRIOTT HOTELS, RESORTS
and SUITES,
    Defendant.

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1, the defendant, Marriott International, Inc., states that it has no parent company and that no publicly held corporation owns 10% or more of its stock.

                                                Respectfully submitted,

                                                MARRIOTT INTERNATIONAL, INC.

                                                By its attorney,

                                                /s/ Kevin B. Callanan
                                                Kevin B. Callanan, BBO# 070620
                                                Law Office of Kevin B. Callanan
                                                17 Accord Park Drive, Suite 101
                                                Norwell, MA 02061 / 781-878-1604

Dated: January 20, 2004

### Certificate of Service

I certify that a true copy of the foregoing document was served upon Paul A. Manoff, 47 Winter Street, 4th Floor, Boston, MA 02108 by mail on January 20, 2004.

                                                /s/ Kevin B. Callanan
                                                Kevin B. Callanan