UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PAULA SMOOT,
    Plaintiff,

v.                                              Civil Action No. 04-10105-GAO

MARRIOTT INTERNATIONAL, INC.
d/b/a MARRIOTT HOTELS, RESORTS
and SUITES,
    Defendant.

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) the parties stipulate that all claims in this action to be dismissed, with prejudice. The parties further waive the award of interest, costs, and/or attorneys fees, and waive all rights of appeal.

Respectfully submitted,
The Plaintiff,
Paula Smoot

By her attorney,

Paul A. Manoff, BBO #318220
47 Winter Street – 4th Floor
Boston, MA 02108
617-542-4620

Respectfully submitted,
The Defendants,
Marriott International, Inc.
d/b/a/ Marriott Hotels, Resorts and Suites
and Marriott Hotel Services, Inc.

By its attorney,

Kevin B. Callanan, BBO #070620
Law Office of Kevin B. Callanan
17 Accord Park Drive – Suite 101
Norwell, MA 02061 / 781-878-1604

Dated: October 19, 2004

1